107 F.3d 7
 David H. Katz, as General Partner of Phoenix Milwest Limited
Partnership, Daniel M. Collins, as General Partner
of Phoenix Milwest Limited Partnership,
Barbara D. Katz
v.
H. Clark Connor, as Westfll Township Solicitor, F.X. Browne
and Associates, Barbara Bogach, John Bogach, Jr., William
Bogach, Sr., Joyce Thiele, Walter Norton, Westfall Township
Board of Supervisors, Township of Westfall, Keith Peters, as
Member of Westfall Township Board of Supervisors,
 NO. 96-7343
United States Court of Appeals,
Third Circuit.
 Jan 09, 1997
 Appeal From: M.D.Pa. , No. 94-cv-00383
 
 1
 Reversed.